UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **EDCV 13-0420 JGB (DTBx)** | Date | January 2, 2014 |

Title  *Innovacyn, Inc. v. Arthur Roth*

Present: The Honorable   JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

| MAYNOR GALVEZ | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):   Attorney(s) Present for Defendant(s):

None Present   None Present

**Proceedings:**   ORDER To Show Cause re: Dismissal for Lack of Prosecution (IN CHAMBERS)

Plaintiff is ORDERED to show cause why this case should not be dismissed for lack of prosecution as to Defendant Arthur Roth.  Link v. Wabash R. Co., 370 U.S. 626 (1962) (court has inherent power to dismiss for lack of prosecution on its own motion).

Plaintiff filed its Complaint on March 6, 2013.  (Compl., Doc. No. 1.)  On March 18, 2013, Plaintiff filed a motion for leave to take expedited discovery to learn contact information for the Defendant.  (Doc. No. 5.)  The Court granted the motion on April 24, 2013.  (Doc. No. 8.)  No documents have been filed since that date.

Plaintiff has failed to file proof of service as to Defendant within 120 days of the filing of the Complaint.  Plaintiff can satisfy this order by showing that service was effectuated on Arthur Roth within the 120 day deadline or by showing good cause for failure to do so.  Fed. R. Civ. P. 4(m).

Plaintiffs must respond to this order by **January 13, 2014**.  Failure to respond to this Order will be deemed consent to the dismissal of the action.

**IT IS SO ORDERED.**