O

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INNOVACYN, INC., | Case No. EDCV 13-00420-JGB (DTBx) |
| Plaintiff, | |
| v. | **JUDGMENT AND ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE** |
| ARTHUR ROTH, | |
| Defendant. | |

On March 6, 2013, Plaintiff Innovacyn, Inc. filed its Complaint against Defendant Arthur Roth.  (Doc. No. 1.)  On March 18, 2013, Plaintiff filed a motion for leave to take expedited discovery to learn contact information for Defendant.  (Doc. No. 5.)  The Court granted the motion on April 24, 2013.  (Doc. No. 8.)  No documents have been filed since that date.

In violation of Federal Rule of Civil Procedure 4, Plaintiff failed to file proof of service as to Defendant within 120 days of filing the Complaint.  No answer or responsive pleading has been filed.  On January 2, 2014,

1  the Court issued and Order to Show Cause by January 13,
2  2014 why the case should not be dismissed for lack of
3  prosecution.  (Doc. No. 9.)  The Court put Plaintiff on
4  notice that failure to respond to the order would be
5  deemed consent to the dismissal of the action.  (Id.)  As
6  of the date of this Order, Plaintiff has not responded to
7  the order to show cause, nor have it filed a proof of
8  service as to Defendant.
9       Accordingly, the Court DISMISSES Plaintiff's
10 Complaint WITHOUT PREJUDICE.  The Court orders that such
11 judgment be entered.

Dated: January 14, 2014

JESUS G. BERNAL
United States District Judge